12-2552
(JLL)
Notice

**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
973.596.4500
*Attorneys for Defendants*
*Valor Equity Partners, L.P., VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel and Jonathan Shulkin*

**WINGET, SPADAFORA & SCHWARTZBERG LLP**
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
201.633.3630
*Attorneys for Defendant*
*Chester R. Dunican*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
200 Campus Drive
Florham Park, NJ 07932
973.624.0800
*Attorneys for Defendant*
*Robert Wasielewski*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>WRS HOLDINGS, LLC, et al.,<br><br>Debtors. | Case No. 10-28457 (DHS)<br><br>Chapter 7<br>(Jointly Administered) |
| MFC CAPITAL FUNDING, INC. a Minnesota corporation,<br><br>Plaintiffs,<br>v.<br><br>VALOR EQUITY PARTNERS, L.P., VWR HOLDINGS, LLC, VALOR MANAGEMENT CORPORATION, WRS HOLDINGS, LLC, WRS, LLC, WOODS RESTORATION SERVICES OF MONTCLAIR, NJ, LLC, | Adv. Pro. No. 12-01137 (DHS)<br><br>Civ. Action No.: |

| | |
|---|---|
| WOODS RESTORATION SERVICES, LLC, WOODS RESTORATION SERVICES OF S.C., LLC, ENVIRONMENTAL REMEDIATION CONCEPTS, LLC, WRS, INC., ROBERT WASIELEWSKI, ANTONIO GRACIAS, BRADLEY SHEFTEL, JONATHAN SHULKIN, CHESTER R. DUNICAN, NELSON SUN, ABC COMPANIES 1-10, JOHN DOE 1-10 AND JANE DOE 1-10 (fictitiously named individuals and entities),<br><br>Defendants. | Hearing Date: TO BE DETERMINED |

**NOTICE OF DEFENDANTS' MOTION FOR WITHDRAWAL OF THE REFERENCE**

TO: ALL PARTIES ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on May _____, 2012 at _____ a.m./p.m., or as soon thereafter as counsel may be heard, Valor Equity Partners, L.P., VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin, Chester R. Dunican and Robert Wasielewski (collectively, the "Movants"), shall move before the Honorable ____________________________, United States District Court Judge, at the United States District Court for the District of New Jersey, Newark, New Jersey, seeking the entry of an order withdrawing the reference of the above-captioned adversary proceeding pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011(a) and Local Bankruptcy Rule 5011-1.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon (i) the supporting Brief in Support of Motion for Withdrawal of the Reference and the Declaration of Dale E. Barney, Esq. and exhibits thereto filed herewith and (ii) any further pleadings that the Movants may file on or before the hearing date set forth above.



#1779958 v1
110189-71024

**PLEASE TAKE FURTHER NOTICE** that any objection to the Mmotion shall be in writing, shall set forth the specific basis therefor, and shall be filed with the Court and served so as to be received by the Movants' undersigned counsel on or before _____ a.m/p.m on May _____, 2012, or as otherwise ordered by the Court or provided for by the local rules. In the event no answer is filed in response to this Motion, said Motion shall be deemed uncontested on the return date and the relief sought may be granted in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been submitted with this Motion. The Movants respectfully request oral argument of the Motion.

**GIBBONS P.C.**

*Attorneys for Defendants Valor Equity Partners, L.P., VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel and Jonathan Shulkin*

By: /s/ Dale E. Barney
Dale E. Barney

One Gateway Center
Newark, NJ 07102-5310
Tel.: 973.596.4500
Fax: 973.596.0545
E-mail: dbarney@gibbonslaw.com

**WINGET, SPADAFORA &**
**SCHWARTZBERG LLP**
*Attorneys for Defendant*
*Chester R. Dunican*

By: /s/ Scott Tenenbaum
Scott Tenenbaum

2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
Tel.: 201.633.3630
Fax: 201.633.3631
E-mail: Tenenbaum.S@wssllp.com

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
*Attorneys for Defendant*
*Robert Wasielewski*

By: /s/ John P. O'Toole
John P. O'Toole

200 Campus Drive
Florham Park, NJ 07932
Tel.: 973.624.0800
Fax: 973.624.0808
E-mail: john.otoole@wilsonelser.com

**Dated:** April 27, 2012
Newark, New Jersey

**SERVICE LIST**

**MFC Capital Funding, Inc. v. Valor Equity Partners, et al.**
**Adv. Proc. No. 12-01137 (DHS)**

| | |
|---|---|
| Louis T. Delucia, Esq.<br>Alyson M. Fielder, Esq.<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br><br>*Attorneys for Plaintiff, MFC Capital Funding, Inc.* | Alexander G. Benisatto, Esq.<br>**SHAPIRO, CROLAND, REISER, APFEL & DIORIO, LLP**<br>41 Hackensack Avenue, 6th Floor<br>Hackensack, NJ 07601<br><br>*Attorneys for Plaintiff, MFC Capital Funding, Inc.* |
| Scott Tenenbaum, Esq.<br>**WINGET, SPADAFORA & SCHWARTZBERG LLP**<br>2500 Plaza 5<br>Harborside Financial Center<br>Jersey City, NJ 07311<br><br>*Attorneys for Defendant, Chester R. Dunican* | John P. O'Toole, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>200 Campus Drive<br>Florham Park, NJ 07932<br><br>*Attorneys for Defendant, Robert Wasielewski* |