UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MFC CAPITAL FUNDING, INC.<br>Plaintiff,<br>vs.<br>VALOR EQUITY PARTNERS, *et al.*,<br>Defendants. | Civil Action No. 12-cv-02552 (JLL) |

**CONSENT ORDER FURTHER EXTENDING THE TIME FOR PLAINTIFF TO FILE A FURTHER AMENDED COMPLAINT PENDING SETTLEMENT**

The Court having entered an Order on December 28, 2012 granting Defendants' motions to dismiss Plaintiff's Amended Complaint without prejudice and granting Plaintiff leave to file a further amended complaint within thirty (30) days of entry of said Order; and

The Court having entered a Consent Order on January 28, 2013 extending the time for Plaintiff to file a further amended complaint pending mediation to March 29, 2013; and

The Court having entered a Consent Order on March 28, 2013 extending the time for Plaintiff to file a further amended complaint pending mediation to May 31, 2013; and

The Court having entered a Consent Order on May 31, 2013 extending the time for Plaintiff to file a further amended complaint pending mediation to July 31, 2013; and

The parties having reached a settlement agreement in principle, and have begun the process of documenting that settlement. The WRS bankruptcy trustee must also seek Bankruptcy Court approval thereof; and

Good cause having been shown;

**IT IS HEREBY ORDERED**, that the Court's May 31, 2013 Consent Order is amended to extend Plaintiff's time to file a further amended complaint to and until September 15, 2013; and

**IT IS FURTHER ORDERED**, that all of the parties' rights are reserved and that any relevant statute of limitations or period for the assertion of defenses shall be tolled during the extension period.

[*Signature Page Follows*]

ACCEPTED AND AGREED
as of: July 29, 2013

Alexander G. Benisatto, Esq.
SHAPIRO, CROLAND, REISER
APFEL & DI IORIO, LLP
411 Hackensack Avenue, 6th Floor
Hackensack, NJ 07601
T: 201.488.3900
F: 201.488.9481

Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T: 212.753.5000
F: 212.753.5044
*Attorneys for Plaintiff, MFC Capital Funding, Inc.*

Dale E. Barney, Esq.
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendants Valor Equity Partners, VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin, and Nelson Sun*

John P. O'Toole, Esq.
Loren S. Cohen, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
200 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendant Robert Wasielewski*

Scott Tenenbaum, Esq.
Harris Bruce Katz, Esq.
WINGET, SPADAFORA & SCHWARTZBERG, LLP
46 Broadway, 19th Floor
New York, NY 10006
*Attorneys for Defendant Chester R. Dunican*

SO ORDERED:

As of: ________________, 2013

THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT COURT

32231-0007
CH2\13277250.1

[Signature Page to Consent Order]

ACCEPTED AND AGREED
as of: July 29, 2013

Alexander G. Benisatto, Esq.
SHAPIRO, CROLAND, REISER
APFEL & DI IORIO, LLP
411 Hackensack Avenue, 6th Floor
Hackensack, NJ 07601
T: 201.488.3900
F: 201.488.9481

Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T: 212.753.5000
F: 212.753.5044
*Attorneys for Plaintiff, MFC Capital Funding, Inc.*

Dale E. Barney, Esq.
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendants Valor Equity Partners, VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin, and Nelson Sun*

John P. O'Toole, Esq.
Loren S. Cohen, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
200 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendant Robert Wasielewski*

Scott Tenenbaum, Esq.
Harris Bruce Katz, Esq.
WINGET, SPADAFORA & SCHWARTZBERG, LLP
46 Broadway, 19th Floor
New York, NY 10006
*Attorneys for Defendant Chester R. Dunican*

SO ORDERED:

As of: ____________________, 2013

THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT COURT

32231-0007
CH2\13277250.1

ACCEPTED AND AGREED
as of: July 29, 2013

________________________________
Alexander G. Benisatto, Esq.
SHAPIRO, CROLAND, REISER
APFEL & DI IORIO, LLP
411 Hackensack Avenue, 6th Floor
Hackensack, NJ 07601
T: 201.488.3900
F: 201.488.9481

Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T: 212.753.5000
F: 212.753.5044
*Attorneys for Plaintiff, MFC Capital Funding, Inc.*

________________________________
Dale E. Barney, Esq.
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendants Valor Equity Partners, VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin, and Nelson Sun*

________________________________
John P. O'Toole, Esq.
Loren S. Cohen, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
200 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendant Robert Wasielewski*

________________________________
Scott Tenenbaum, Esq.
Harris Bruce Katz, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
46 Broadway, 19th Floor
New York, NY 10006
*Attorneys for Defendant Chester R. Dunican*

SO ORDERED:

As of: __________________, 2013

________________________________
THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT COURT

32231-0007
CH2\13277250.1