GIBBONS P.C.
Dale E. Barney, Esq.
One Gateway Center
Newark, NJ 07102-5310
Tel: 973.596.4500
dbarney@gibbonslaw.com

Attorneys for Defendants Valor Equity Partners, LP, VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin and Nelson Sun

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br>**WRS HOLDINGS, LLC, et al.,**<br><br>**Debtors,** | **CHAPTER 7**<br><br>**CASE NO. 10-28457 (DHS)** |
| **MFC CAPITAL FUNDING, INC., a Minnesota corporation,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**VALOR EQUITY PARTNERS, LP; VWR HOLDINGS, LLC; VALOR MANAGEMENT CORPORATION; WRS HOLDINGS, LLC; WRS, LLC; WOODS RESTORATION SERVICES OF MONTCLAIR, NJ, LLC; WOODS RESTORATION SERVICES, LLC; WOODS RESTORATION SERVICES OF S.C., LLC; ENVIRONMENTAL REMEDIATION CONCEPTS, LLC; WRS, INC.; ROBERT WASIELEWSKI; ANTONIO GRACIAS; BRADLEY SHEFTEL; JONATHAN SHULKIN; CHESTER R. DUNICAN; NELSON SUN; ABC COMPANIES 1-10; JOHN DOE 1-10 and JANE DOE 1-10 (fictitiously named individuals and entities), ,**<br><br>**Defendants.** | **Civil Action No. 12-CV-02552-JLL**<br><br>**Adv. Pro. No. 12-01137**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS**, on February 9, 2012, plaintiff MFC Capital Funding, Inc. ("Plaintiff") filed a "Complaint" in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") naming Valor Equity Partners, LP; Valor Management Corporation; VWR Holdings, LLC; Antonio Gracias; Jonathan Shulkin; Bradley Sheftel; Nelson Sun; Robert Wasielewski; and Chester R. Dunican (collectively, "Defendants") and chapter 7 debtors WRS Holdings, LLC; WRS, LLC; Woods Restoration Services Of Montclair, NJ, LLC; Woods Restoration Services, LLC; Woods Restoration Services Of S.C., LLC; Environmental Remediation Concepts, LLC; and WRS, Inc. (collectively, "Debtors") as defendants and captioned *MFC Capital Funding, Inc. v. Valor Equity Partners, LP, et al.*, Adv. Pro. No. 12-01137 ("Adversary") in chapter 7 cases pending in the Bankruptcy Court captioned *In re: WRS Holdings, LLC, et al.*, Case No. 10-28457 (DHS) ("Bankruptcy Case");

**WHEREAS**, Charles M. Forman was appointed chapter 7 trustee ("Trustee") for the estates of Debtors in July 2010, and has full authority to act on behalf of and bind Debtors and their estates;

**WHEREAS,** on April 30, 2012, Defendants filed a motion seeking the United States District Court for the District of New Jersey's ("District Court") withdrawal of the reference of the Adversary from the Bankruptcy Court to the District Court pursuant to 28 U.S.C. § 157, which Motion was granted by the District Court's Order dated June 13, 2012, thereby commencing Civil Action No. 12-CV-02552-JLL ("Civil Action") in the District Court;

**WHEREAS**, on May 18, 2012, Plaintiff filed a "First Amended Complaint" (together with the Complaint, "Amended Complaint");

**WHEREAS,** (i) on September 7, 2012, Defendants filed final versions of various motions to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), (ii) on September 17, 2012, Plaintiff filed opposition to those motions, (iii) on September 24, 2012, Defendants filed replies to said opposition, and, (iv) by Order dated December 28, 2012, the District Court granted those motions and dismissed the Amended Complaint without prejudice and with leave to Plaintiff to amend and file a further amended complaint within 30 days of the date of said Order;

**WHEREAS,** Plaintiff has drafted and delivered to Defendants a "Second Amended Complaint" and, pursuant to various stipulations and orders, Plaintiff and Defendants have agreed to toll Plaintiff's time to file the Second Amended Complaint, most recently until September 15, 2013, and the District Court has approved such extensions;

**WHEREAS**, Defendant VWR Holdings, LLC has drafted and delivered to Plaintiff a proposed "Counterclaim/Third Party Complaint" identifying as prospective defendants Plaintiff and others, and pursuant to various stipulations and orders, Plaintiff and VWR Holdings, LLC have agreed to toll certain limitations period that may apply to the Counterclaim/Third Party Complaint until September 15, 2013, and the District Court has approved such extensions;

**WHEREAS,** Plaintiff, Defendants and the Trustee on behalf of Debtors having resolved all claims that were or could have been asserted between them in the captioned action and having agreed to dismiss the captioned action with prejudice pursuant to the terms of that certain "Settlement Agreement and Releases" dated September 20, 2013;

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, counsel for Defendants, and counsel for the Trustee, that the Adversary and the Civil Action, together with and inclusive of (i) any and all claims that have been or could be asserted by Plaintiff or Defendants against one another therein; (ii) any and all claims that have been or could be asserted in the Amended Complaint, the Second Amended Complaint, and/or the Counterclaim/Third Party Complaint; and (iii) and any and all other claims, counterclaims, third-party claims and crossclaims by or between one or more of Plaintiff, Defendants, Debtors and/or the Trustee, be and hereby are DISMISSED WITH PREJUDICE; and

**FURTHER STIPULATED AND AGREED** that this Stipulation may be executed by counsel to the parties in counterparts, and that this Stipulation, taken together with such counterpart signatures, shall be effective to dismiss with prejudice all claims that were or could have been asserted in the Adversary and/or the Civil Action.

Dated: September 20, 2013

**SCHIFF HARDIN LLP**
Attorneys for Plantiff MFC Capital Funding, Inc.

By: ____________________
Louis T. DeLucia

Dated: As of September 20, 2013

**GIBBONS P.C.**
Attorneys for Defendants Valor Equity Partners, LP, VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin and Nelson Sun

By: ____________________
Dale E. Barney

Dated: September ____, 2013

**WINGET, SPADAFORA &**

**SCHWARTZBERG, LLP**
Attorneys for Defendant Chester R. Dunican

By:______________________
Scott Tenenbaum
Dove A.E. Burns

Dated: September 23, 2013

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendant Robert Wasielewski

By:______________________
John P. O'Toole
Loren S. Cohen

Dated: September ___, 2013

**FORMAN HOLT ELIADES & YOUNGMAN LLC**
Attorneys for Charles M. Forman, Chapter 7 Trustee for Debtors

By:______________________
Joseph M. Cerra

SO ORDERED:

______________________________
Hon. Jose L. Linares
United States District Judge



#1987744 v1
099998-00004

**SCHWARTZBERG, LLP**
Attorneys for Defendant Chester R. Dunican

By:____________________
Scott Tenenbaum
Dove A.E. Burns

Dated: September 23, 2013

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendant Robert Wasielewski

By:____________________
John P. O'Toole
Loren S. Cohen

Dated: ~~September~~ Dec 3, 2013

**FORMAN HOLT ELIADES & YOUNGMAN LLC**
Attorneys for Charles M. Forman, Chapter 7 Trustee for Debtors

By:____________________
~~Joseph M. Cerra~~
Kim R. Lynch

SO ORDERED:

__________________________
Hon. Jose L. Linares
United States District Judge